```
                              UNITED STATES COURT OF APPEALS           FILED
                                   FOR THE NINTH CIRCUIT              MAR 6 2026
                                                                   MOLLY C. DWYER, CLERK
                                                                    U.S. COURT OF APPEALS
```

LAZARO MALDONADO BAUTISTA; et al.,

        Petitioners - Appellees,

 v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al.,

        Respondents - Appellants.

No. 26-1044

D.C. No. 5:25-cv-01873-SSS-BFM
Central District of California, Riverside

ORDER

Before: McKEOWN, BEA, and BRESS, Circuit Judges.

The court has received the government's emergency motion for a stay pending appeal. Dkt. Nos. 3 & 4. The court grants an administrative stay as follows:

1. The district court's December 18, 2025 declaratory judgment, D. Ct. Dkt. Nos. 93 & 94, is temporarily stayed pending a ruling on the government's emergency motion for a stay pending appeal, insofar as the district court's judgment extends beyond the Central District of California. The district court's December 18, 2025 judgment remains in place as to the Central District of California. *See* Gov't Mot. at 3 ("The validity of *Yajure Hurtado*'s interpretation of [8 U.S.C.] § 1225(b)(2)(A) is not the subject of this stay motion."); *id.* at 9 ("The Government is not seeking a stay based

on its reading of § 1225(b)(2), as that issue is already teed up for resolution in" *Rodriguez Vazquez v. Bostock*, No. 25-6842).

2. The district court's February 18, 2026 order granting petitioners' motion to enforce the judgment and vacating *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), D. Ct. Dkt. No. 116, is temporarily stayed pending a ruling on the government's emergency motion for a stay pending appeal.